UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) 3:09-md-02100-DRH<br>)<br>) MDL No. 2100<br>) |

**This Document Relates To:**

| | |
|---|---|
| *Linda Armstrong v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10410-DRH |
| *Yesennia Garcia v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12381-DRH |
| *Andrea Hibbert v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10840-DRH |
| *Jessica McCarty v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11156-DRH |
| *Jaime Passaglia v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10181-DRH |
| *Kimberly La-June Roberts v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12377-DRH |
| *Kathy Jo Stevens v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10154-DRH |
| *Susan Umphlett v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10579-DRH |
| *Pamela Williams v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10584-DRH |

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 2, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/ *Caitlin Fischer*
Deputy Clerk

**Dated:** September 2, 2014

Digitally signed by David R. Herndon
Date: 2014.09.02 14:10:00 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**